## P. BROWN v. THE STATE.

Indictment for theft of horses laid the ownership of the horses in two persons, while the evidence on the trial proved them to belong exclusively to one of the persons. *Held*, that the conviction can not be sustained ; the ownership of stolen property must be proved as laid in the indictment. (Radford v. The State, *ante* 15, cited and approved.)

APPEAL from Kaufman. Tried below before the Hon. John G. Scott.

The head-note shows the facts.

*T. J. Word*, for the appellant.

*William Alexander, Attorney General*, for the State.

Evans, P. J.—The allegation of ownership of property must be proved as laid. This principle was decided at this term of this court, in the case of Moses Radford v. The State of Texas.

The judgment is reversed and the cause remanded.

REVERSED AND REMANDED.